**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DAPHNE FISHER,** | * | |
| **Plaintiff** | * | |
| **v.** | * | **CIVIL NO.  JKB-14-2365** |
| **JPMORGAN CHASE BANK, N.A.** | * | |
| **Defendant** | * | |

*     *     *     *     *     *     *     *     *     *     *     *     *

**<u>MEMORANDUM</u>**

The Court has reviewed the Defendant's MOTION TO DISMISS (ECF No.19) and the

memorandum in support thereof (ECF No. 19-1).  The Plaintiff failed to respond to the Motion to

Dismiss.  After careful review of the Complaint and the other materials docketed in this case, the

Court concludes that the Defendant's arguments are correct and that the Motion to Dismiss

should be granted.  Accordingly, an Order granting the motion will follow this Memorandum.


DATED this <u>30th</u> day of September, 2014.


BY THE COURT:


_____/s/_____
James K. Bredar
United States District Judge